THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLIE BURLINGHAM, | CASE NO. C20-0586-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL BROWN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed an amended complaint on October 23, 2020, (Dkt. No. 16), which is more than 21 days after Defendants answered the initial complaint, (*see* Dkt. No. 10). Accordingly, before filing an amended complaint, Plaintiff was required to obtain Defendants' written consent or the Court's leave. *See* Fed. R. Civ. P. 15(a)(1)–(2). Plaintiff did not obtain the Court's leave and there is no indication on the docket that Plaintiff obtained Defendants' written consent. Therefore, the Court exercises its inherent power and STRIKES Plaintiff's amended complaint (Dkt. No. 16). *See Ready Transp., Inc. v. A.A.R. Mfg., Inc.*, 627 F.3d 402, 404–05 (9th Cir. 2010). If Plaintiff wishes to file an amended complaint, Plaintiff must seek Defendants' consent or leave of the Court pursuant to Rule 15(a)(2).

1 | DATED this 27th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk