THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLIE BURLINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL BROWN, *et al.,*<br><br>  Defendants. | CASE NO. C20-0586-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Kellie Burlingham's motion for reconsideration (Dkt. No. 23). Pursuant to Local Rule 7(h)(3), the Court REQUESTS a response from Defendants of no more than four pages by Monday, November 16, 2020. No reply is authorized. The Clerk is DIRECTED to renote Plaintiff's motion for reconsideration (Dkt. No. 23) for consideration on November 17, 2020.

DATED this 10th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0586-JCC
PAGE - 1