Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLIE BURLINGHAM,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL BROWN, ASHLEY ELLIOTT, MATTHEW GARNER, DANIEL PERRINE, AARON SCOTT, and CHRISTOPHER WYCHE, individuals, and CITY OF BELLEVUE, a municipal corporation,<br><br>      Defendants. | No. 2:20-cv-00586-JCC<br><br>STIPULATED DISMISSAL OF ALL CLAIMS AGAINST THE CITY OF BELLEVUE<br><br>NOTE ON MOTION CALENDAR:<br>March 3, 2021 |

  This matter has now been resolved. Pursuant to FRCP 41(a)(1), therefore, Plaintiff Kellie Burlingham voluntarily dismisses with prejudice all claims against the City of Bellevue.

  As the City was the sole remaining Defendant, this civil action should now be terminated, without an award of fees or costs to any party.

//

//

STIPULATED DISMISSAL OF ALL CLAIMS
AGAINST THE CITY OF BELLEVUE
(No. 2:20-cv-00586-JCC) - 1

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

| | | |
|---|---|---|
| 1 | DATED: March 3, 2021 | |
| 2 | SEAMARK LAW GROUP PLLC<br>Co-Counsel for the City of Bellevue and the<br>named officers | MACDONALD HOAGUE & BAYLESS<br>Attorneys for Plaintiff |
| 4 | | By: *s/Joe Shaeffer*\* |
| 5 | By: *s/Geoff Grindeland*<br>  Geoff Grindeland, WSBA No. 35798 | Joe Shaeffer, WSBA No. 33273<br>Mika Rothman, WSBA No. 55870 |
| 6 | Seamark Law Group PLLC<br>400 Winslow Way E, Ste 230 | Rebecca Talbott, WSBA No. 57334<br>705 Second Ave, Ste 1500 |
| 7 | Bainbridge Island, WA 98110<br>(206) 502-2510 | Seattle, WA 98104<br>(206) 622-1604 |
| 8 | geoff@seamarklaw.com<br>nikki@seamarklaw.com | joe@mhb.com<br>mikar@mhb.com<br>rebeccat@mhb.com |
| 9 | | \*Authorized per 3/3/2021 e-mail |
| 10 | CITY OF BELLEVUE<br>OFFICE OF THE CITY ATTORNEY | |
| 11 | Kathryn L. Gerla, City Attorney<br>Co-Counsel for the City of Bellevue and the | |
| 12 | named officers | |
| 14 | By: *s/ Cheryl A. Zakrzewski*\*<br>  Cheryl A. Zakrzewski, WSBA No. 15906 | |
| 15 | Chad R. Barnes, WSBA No. 30480<br>Assistant City Attorneys | |
| 16 | 450 110th Ave NE<br>Bellevue, WA 98004 | |
| 17 | (425) 452-6829<br>czakrzewski@bellevuewa.gov | |
| 18 | cbarnes@bellevuewa.gov | |
| | \*Authorized per 3/1/2021 e-mail | |

STIPULATED DISMISSAL OF ALL CLAIMS
AGAINST THE CITY OF BELLEVUE
(No. 2:20-cv-00586-JCC) - 2

**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that, on the date below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Joe Shaeffer
Mika Rothman
Rebecca Talbott

**Co-Counsel for the Defendants**
Cheryl A. Zakrzewski
Chad R. Barnes

I further certify that, on the date below, I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**N/A**

DATED: March 3, 2021

*s/Geoff Grindeland*
Geoff Grindeland

STIPULATED DISMISSAL OF ALL CLAIMS
AGAINST THE CITY OF BELLEVUE
(No. 2:20-cv-00586-JCC) - 3

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510